<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-8503**

---

RICHARD ALLEN BOOTHE,

Plaintiff - Appellant,

versus

DAN LAWSON,

Defendant - Appellee.

---

**No. 95-8504**

---

RICHARD ALLEN BOOTHE,

Plaintiff - Appellant,

versus

OFFICER SCOTT,

Defendant - Appellee.

---

**No. 95-8505**

---

RICHARD ALLEN BOOTHE,

Plaintiff - Appellant,

versus

DAN LAWSON,

                                        Defendant - Appellee.

                        _____

                        **No. 95-8506**
                        _____

RICHARD ALLEN BOOTHE,

                                        Plaintiff - Appellant,

            versus

J. M. JABE,

                                        Defendant - Appellee.

                        _____

                        **No. 95-8507**
                        _____

RICHARD ALLEN BOOTHE,

                                        Plaintiff - Appellant,

            versus

CAROLYN SAUNDERS,

                                        Defendant - Appellee.

                        _____

                        **No. 95-8508**
                        _____

RICHARD ALLEN BOOTHE,

                                        Plaintiff - Appellant,

3

versus

C. GENGA,

                                        Defendant - Appellee.

_____

**No. 95-8509**
_____

RICHARD ALLEN BOOTHE,

                                        Plaintiff - Appellant,

            versus

MS. PALMER,

                                        Defendant - Appellee.

_____

**No. 95-8510**
_____

RICHARD ALLEN BOOTHE,

                                        Plaintiff - Appellant,

            versus

C. J. POSEY,

                                        Defendant - Appellee.

_____

**No. 95-8511**
_____

RICHARD ALLEN BOOTHE,

                                        Plaintiff - Appellant,

versus

CAPTAIN PARKER,

                                        Defendant - Appellee.


───────────────

**No. 95-8512**

───────────────


RICHARD ALLEN BOOTHE,

                                        Plaintiff - Appellant,

        versus


SERGEANT BYNUM,

                                        Defendant - Appellee.



───────────────

Appeals from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca B. Smith, District Judge. (CA-95-84-2, CA-95-155-2, CA-95-156-2, CA-95-413-2, CA-95-688-2, CA-95-735-2, CA-95-758-2, CA-95-778-2, CA-95-820-2, CA-95-821-2)

───────────────

Submitted:  May 16, 1996            Decided:  May 31, 1996

───────────────

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

───────────────

Nos. 95-8503, 95-8504, 95-8505, 95-8506, and 95-8507 dismissed and Nos. 95-8508, 95-8509, 95-8510, 95-8511, and 95-8512 affirmed by unpublished per curiam opinion.

───────────────

Richard Allen Boothe, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Richard Allen Boothe appeals from the district court's order dismissing ten of his 42 U.S.C. § 1983 (1988) actions. The appeals have been consolidated for appellate review.

### Nos. 95-8503, 95-8504, 95-8505, 95-8506

In these four actions the district court assessed a filing fee in accordance with Evans v. Croom, 650 F.2d 521 (4th Cir. 1981), cert. denied, 454 U.S. 1153 (1982), and dismissed the cases without prejudice when Boothe failed to comply with the fee orders. Finding no abuse of discretion, we deny leave to proceed in forma pauperis and dismiss the appeals.

### No. 95-8507

In this action, Boothe appeals the district court's order requesting him to pay a partial filing fee or explain why is unable to pay the fee. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1988); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny leave to proceed in formal pauperis and dismiss the appeal as interlocutory.

8

<u>Nos. 95-8508, 95-8509, 95-8510, 95-8511, 95-8512</u>

In these five actions, Boothe appeals from the district court's order denying relief on five of his § 1983 complaints. We have reviewed the records and the district court's opinion, and find no reversible error. Accordingly, we affirm on the reasoning of the district court order.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

Nos. 95-8503, 95-8504, 95-8505,
    95-8506, 95-8507 - <u>DISMISSED</u>

Nos. 95-8508, 95-8509, 95-8510,
    95-8511, 95-8512 - <u>AFFIRMED</u>